# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
WRIGHT, MARIA B                       §     Case No. 14-34230 DRC
                                      §
            Debtor                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/19/2014. The undersigned trustee was appointed on 09/19/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     75,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 22,038.74 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 30,003.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 7,958.26 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/24/2015 and the deadline for filing governmental claims was 04/24/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,250.00 , for a total compensation of $ 6,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 4.85 , for total expenses of $ 4.85 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/31/2016         By:/s/GINA B. KROL
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-34230 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | WRIGHT, MARIA B | | | Date Filed (f) or Converted (c): | 09/19/14 (f) |
| | | | | 341(a) Meeting Date: | 10/14/14 |
| For Period Ending: | 08/31/16 | (4th reporting period for this case) | | Claims Bar Date: | 04/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. West Suburban Savings Account | 47.00 | 0.00 | | 0.00 | FA |
| 2. West Suburban Checking Account | 250.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| tv, vcr, stereo, couch, utensils, vacuum, table, chairs, lamps, entertainment center, bredroom set. Value reflects debtor's half interest as owned joint with spouse | | | | | |
| 4. BOOKS | 350.00 | 0.00 | | 0.00 | FA |
| cds, dvds, tapes/records, family pictures | | | | | |
| 5. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| Earrings, watch, costume jewelry, wedding band | | | | | |
| 7. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| term life insurance; no cash value | | | | | |
| 8. PENSION | Unknown | 0.00 | | 0.00 | FA |
| with former employer | | | | | |
| 9. PERSONAL INJURY | Unknown | 35,000.00 | | 75,000.00 | FA |
| Retained Mike Solcum | | | | | |
| 10. 2006 Jeep Commander | 6,250.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $8,347.00     $35,000.00     $75,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case is proceeding to mediation. Special Counsel advises liens will be negotiated per statute

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-34230    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | WRIGHT, MARIA B | Date Filed (f) or Converted (c):    09/19/14 (f) |
| | | 341(a) Meeting Date:    10/14/14 |
| | | Claims Bar Date:    04/24/15 |

December 16, 2015, 11:56 am

Trustee has retained special counsel to pursue injury case

October 08, 2015, 01:09 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

/s/    GINA B. KROL
_____    Date: 08/31/16
    GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 14-34230 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | WRIGHT, MARIA B | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5402 | | | |
| For Period Ending: | 08/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) |
| | | | | | | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/16 | 9 | State Farm Mutual Autotmobile Insurance Company Columbus, OH 43240 | Settlement | 1142-000 | 75,000.00 | | 75,000.00 |
| 05/11/16 | 030001 | Huner Law Offices LLC 850 W. Jackson Blvd. Suite 725 Chicago, IL 60607 | Attorney's Fees | 3210-600 | | 20,000.00 | 55,000.00 |
| 05/11/16 | 030002 | Copley Memorial Hospital PO Box 352 Aurora, IL 60507 | Medical Lien | 4220-000 | | 229.35 | 54,770.65 |
| 05/11/16 | 030003 | Oak Brook Surgical Center 2607 W. 22nd Street, #48 Oak Brook, IL 60523 | Medical Lien | 4220-000 | | 14,770.65 | 40,000.00 |
| 05/11/16 | 030004 | Oak Brook Anesthesiologists 2425 W. 22nd Street, #101 Oak Brook, IL 60523 | Medical Lien | 4220-000 | | 1,869.60 | 38,130.40 |
| 05/11/16 | 030005 | Olsen Chiropractic 2124 W. Galena Blvd. Suite 104 Aurora, IL 60506 | Medical Lien | 4220-000 | | 2,481.15 | 35,649.25 |
| 05/11/16 | 030006 | Analgesic Healthcare 7823 N, Dale Mabry Hwy Suite 202 Tampa, FL 33614 | Medical Lien | 4220-000 | | 539.40 | 35,109.85 |
| 05/11/16 | 030007 | Pinnacle Interventional Pain 7580 Auburn Road Physcian Pavillion Painesville, OH 44077 | Medical Lien | 4220-000 | | 7,165.65 | 27,944.20 |
| 05/11/16 | 030008 | Advanced Rehab Specialists 8501 W. Higgins Rd. | Medical Lien | 4220-000 | | 1,759.35 | 26,184.85 |

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-34230 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | WRIGHT, MARIA B | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5402 | | |
| For Period Ending: | 08/31/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/16 | 030009 | Fox Valley Imaging<br>Suite 340<br>Chicago, IL 60631 | Medical Lien | 4220-000 | | 1,187.85 | 24,997.00 |
| * 05/11/16 | 030010 | Mary B. Wright<br>1971 Gowdey Rd.<br>Naperville, IL 60563 | Personal Injury Exemption | 8100-003 | | 15,000.00 | 9,997.00 |
| 05/11/16 | 030011 | Huner Law Offices LLC<br>2230 Bannister Lane<br>Aurora, IL 60504 | Attorney's Expenes | 3220-610 | | 2,038.74 | 7,958.26 |
| * 05/31/16 | 030010 | Mary B. Wright<br>850 W. Jackson Blvd.<br>Suite 725<br>Chicago, IL 60607 | Personal Injury Exemption | 8100-003 | | -15,000.00 | 22,958.26 |
| 05/31/16 | 030012 | Maria B. Wright<br>2230 Bannister Lane<br>Aurora, IL 60504 | Personal Injury Exemption | 8100-000 | | 15,000.00 | 7,958.26 |

| Account *******7889 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 1 Deposits | 75,000.00 | 13 | Checks | 67,041.74 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 75,000.00 | | | |
| | | | | Total | $ 67,041.74 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 75,000.00 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 14-34230 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | WRIGHT, MARIA B | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5402 | | |
| For Period Ending: | 08/31/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

/s/ GINA B. KROL
Trustee's Signature: _____ Date: 08/31/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 31, 2016 |
|---|---|---|---|---|---|---|

Case Number:   14-34230   Priority Sequence
Debtor Name:   WRIGHT, MARIA B          Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN<br>001<br>3210-00 | HUNER LAW OFFICE<br>850 W. JACKSON BLVD<br>STE 725<br>CHICAGO, IL 60607 | Administrative | | $0.00 | $22,038.74 | $22,038.74 |
| ADMIN<br>001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $6,254.85 | $6,254.85 |
| ADMIN<br>001<br>3110-00 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,596.30 | $2,596.30 |
| 000001<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $0.00 | $0.00 |
| 000002<br>040<br>5800-00 | IRS Priority Debt<br>Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia,PA 19101 | Priority | | $0.00 | $1,020.66 | $1,020.66 |
| 000002A<br>070<br>7100-00 | IRS Priority Debt<br>Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia,PA 19101 | Unsecured | | $0.00 | $622.62 | $622.62 |
| 000003<br>070<br>7100-90 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $827.12 | $827.12 |
| | Case Totals: | | | $0.00 | $33,360.29 | $33,360.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-34230 DRC
Case Name: WRIGHT, MARIA B
Trustee Name: GINA B. KROL

Balance on hand $ 7,958.26

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 6,250.00 | $ 0.00 | $ 5,619.51 |
| Trustee Expenses: GINA B. KROL | $ 4.85 | $ 0.00 | $ 4.36 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,574.00 | $ 0.00 | $ 2,314.34 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 22.30 | $ 0.00 | $ 20.05 |
| Other: HUNER LAW OFFICE | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Other: HUNER LAW OFFICE | $ 2,038.74 | $ 2,038.74 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 7,958.26
Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,020.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | IRS Priority Debt<br>Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia, PA 19101 | $ 1,020.66 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                $ 0.00

Remaining Balance                                    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,449.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ 827.12 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | IRS Priority Debt Bankruptcy Dept. PO Box 7346 Philadelphia,PA 19101 | $         622.62 | $          0.00 | $          0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $_____0.00 |
| Remaining Balance | $_____0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE