IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MARIA WRIGHT** | ) | No. 14 B 34230 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 16, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                              BY:/s/ Gina B. Krol
                                                                         Ch 7 Bankruptcy Trustee

Service List:

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664-0338

IRS Priority Debt
Bankruptcy Dept
P.O. Box 7346
Philadelphia, PA   19101

American Infosource LP as
agent for Verizon
P.O. Box 248838
Oklahoma City, OK   73124-8838

Jason kara
ndil@geracilaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov