# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § § WRIGHT, MARIA B § § Debtor § | Case No. 14-34230 DRC |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 897.00                          Assets Exempt: 22,450.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 30,003.00       Claims Discharged
                                                  Without Payment:   *,***,***,***.**

Total Expenses of Administration: 29,997.00

---

3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 30,003.00 | $ 30,003.00 | $ 30,003.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,889.89 | 30,889.89 | 29,997.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,020.66 | 1,020.66 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,348,196.00 | 1,449.74 | 1,449.74 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 100,348,196.00 | $ 63,363.29 | $ 63,363.29 | $ 60,000.00 |

4) This case was originally filed under chapter 7 on 09/19/2014 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2016        By:/s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1142-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maria B. Wright | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVANCED REHAB SPECIALISTS | 4220-000 | NA | 1,759.35 | 1,759.35 | 1,759.35 |
| | ANALGESIC HEALTHCARE | 4220-000 | NA | 539.40 | 539.40 | 539.40 |
| | FOX VALLEY IMAGING | 4220-000 | NA | 1,187.85 | 1,187.85 | 1,187.85 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OAK BROOK ANESTHESIOLOGISTS | 4220-000 | NA | 1,869.60 | 1,869.60 | 1,869.60 |
| | OAK BROOK SURGICAL CENTER | 4220-000 | NA | 14,770.65 | 14,770.65 | 14,770.65 |
| | OLSEN CHIROPRACTIC | 4220-000 | NA | 2,481.15 | 2,481.15 | 2,481.15 |
| | PINNACLE INTERVENTIONAL PAIN | 4220-000 | NA | 7,165.65 | 7,165.65 | 7,165.65 |
| | RUSH COPLEY MEDICAL CENTER | 4220-000 | NA | 229.35 | 229.35 | 229.35 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 30,003.00 | $ 30,003.00 | $ 30,003.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 6,250.00 | 6,250.00 | 5,619.51 |
| GINA KROL | 2200-000 | NA | 4.85 | 4.85 | 4.36 |
| COHEN & KROL | 3110-000 | NA | 1,716.01 | 1,716.01 | 1,542.90 |
| GINA KROL | 3110-000 | NA | 857.99 | 857.99 | 771.44 |
| COHEN & KROL | 3120-000 | NA | 22.30 | 22.30 | 20.05 |
| HUNER LAW OFFICE | 3210-600 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| HUNER LAW OFFICE | 3220-610 | NA | 2,038.74 | 2,038.74 | 2,038.74 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,889.89 | $ 30,889.89 | $ 29,997.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Illinois Department of Revenue Bankruptcy Department PO Box 64338 Chicago IL 60664-0338 2 Illinois Department of Revenue Bankruptcy Department PO Box 64338 Chicago IL 60664-0338 3 IRS Priority Debt Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 000002 | IRS PRIORITY DEBT | 5800-000 | NA | 1,020.66 | 1,020.66 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 1,020.66 | $ 1,020.66 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 American Student AST Attn: Bankruptcy Dept. 100 Cambridge St Ste 160 Boston MA 02114 | | 52,162.00 | NA | NA | 0.00 |
| | 10 DSG Collect Attn: Bankruptcy Dept. 5800 E Thomas Rd Ste 107 Scottsdale AZ 85251 | | 11.00 | NA | NA | 0.00 |
| | 11 DSG Collect Attn: Bankruptcy Dept. 5800 E Thomas Rd Ste 107 Scottsdale AZ 85251 | | 106.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 DSG Collect Attn: Bankruptcy Dept. 5800 E Thomas Rd Ste 107 Scottsdale AZ 85251 : 83616 13 Empact Emergency Phys PO Box 5997 Carol Stream IL 60197 | | 106,335.00 | NA | NA | 0.00 |
| | 14 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 15 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 16 FIA CARD Services N.A. C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 | | 24,431.00 | NA | NA | 0.00 |
| | 17 I C System INC Attn: Bankruptcy Dept. Po Box 64378 Saint Paul MN 55164 | | 141.00 | NA | NA | 0.00 |
| | 18 IL DEPT OF Human SVCS C/O Harvard Collection 4839 N Elston Ave Chicago IL 60630 | | 2,956.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 19 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | 100.00 | NA | NA | 0.00 |
| | 2 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | 2,653.00 | NA | NA | 0.00 |
| | 20 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 478.00 | NA | NA | 0.00 |
| | 21 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 425.00 | NA | NA | 0.00 |
| | 22 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 72.00 | NA | NA | 0.00 |
| | 23 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 62.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 24 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 62.00 | NA | NA | 0.00 |
| | 25 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 : 8123350027 26 Pinnacle Pain Specialists 25833 Network Place Chicago IL 60673 | | 26,621,920.00 | NA | NA | 0.00 |
| | 25 North Winfield Road Winfield IL 60190 | | 0.00 | NA | NA | 0.00 |
| | 27 Pure Health 2116 W. Galena Blvd., Suite 112 Aurora IL 60506 : 28 Rush Copley Medical Center Bankruptcy Department 2000 Ogden Avenue Aurora IL 60504 | | 72,993,263.00 | NA | NA | 0.00 |
| | 29 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Ashro Bankruptcy Department 3650 Milwaukee Street Madison WI 53708 : 5330506778220 4 Cadence Health Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | 524,380.00 | NA | NA | 0.00 |
| | 31 World Financial Network BANK C/O Portfolio Recovery ASS 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | 260.00 | NA | NA | 0.00 |
| | 32 World Financial Network BANK C/O Portfolio Recovery ASS 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | 357.00 | NA | NA | 0.00 |
| | 5 Central DuPage Hospital PO Box 4090 Carol Stream IL 60197 | | 108.00 | NA | NA | 0.00 |
| | 6 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 6,689.00 | NA | NA | 0.00 |
| | 7 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 10,252.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Comcast Cable Communications C/O Enhanced Recovery CO L 8014 Bayberry Rd Jacksonville FL 32256 | | 103.00 | NA | NA | 0.00 |
| | 9 DSG Collect Attn: Bankruptcy Dept. 5800 E Thomas Rd Ste 107 Scottsdale AZ 85251 | | 27.00 | NA | NA | 0.00 |
| | Health Labs | | 0.00 | NA | NA | 0.00 |
| 000002A | IRS PRIORITY DEBT | 7100-000 | NA | 622.62 | 622.62 | 0.00 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 843.00 | 827.12 | 827.12 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 100,348,196.00 | $ 1,449.74 | $ 1,449.74 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-34230 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | WRIGHT, MARIA B | | | Date Filed (f) or Converted (c): | 09/19/14 (f) |
| | | | | 341(a) Meeting Date: | 10/14/14 |
| For Period Ending: | 11/10/16 | | | Claims Bar Date: | 04/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. West Suburban Savings Account | 47.00 | 0.00 | | 0.00 | FA |
| 2. West Suburban Checking Account | 250.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| tv, vcr, stereo, couch, utensils, vacuum, table, chairs, lamps, entertainment center, bredroom set. Value reflects debtor's half interest as owned joint with spouse | | | | | |
| 4. BOOKS | 350.00 | 0.00 | | 0.00 | FA |
| cds, dvds, tapes/records, family pictures | | | | | |
| 5. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| Earrings, watch, costume jewelry, wedding band | | | | | |
| 7. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| term life insurance; no cash value | | | | | |
| 8. PENSION | Unknown | 0.00 | | 0.00 | FA |
| with former employer | | | | | |
| 9. PERSONAL INJURY | Unknown | 35,000.00 | | 75,000.00 | FA |
| Retained Mike Solcum | | | | | |
| 10. 2006 Jeep Commander | 6,250.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $8,347.00 | $35,000.00 | | $75,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing is set for 10/14/16

LFORM1

Ver: 19.06b

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| | |
|---|---|
| Case No: 14-34230   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: WRIGHT, MARIA B | Date Filed (f) or Converted (c): 09/19/14 (f) |
| | 341(a) Meeting Date: 10/14/14 |
| | Claims Bar Date: 04/24/15 |

October 11, 2016, 01:01 pm

Sent TFR to US Tee for Review August 31, 2016, 01:43 pm

Case is proceeding to mediation. Special Counsel advises liens will be negotiated per statute
December 16, 2015, 11:56 am

Trustee has retained special counsel to pursue injury case
October 08, 2015, 01:09 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

        /s/    GINA B. KROL
_____    Date: 11/10/16
        GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-34230 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | WRIGHT, MARIA B | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7889  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5402 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/16 | 9 | State Farm Mutual Autotmobile Insurance Company Columbus, OH 43240 | Settlement | 1142-000 | 75,000.00 | | 75,000.00 |
| 05/11/16 | 030001 | Huner Law Offices LLC 850 W. Jackson Blvd. Suite 725 Chicago, IL 60607 | Attorney's Fees | 3210-600 | | 20,000.00 | 55,000.00 |
| 05/11/16 | 030002 | Copley Memorial Hospital PO Box 352 Aurora, IL 60507 | Medical Lien | 4220-000 | | 229.35 | 54,770.65 |
| 05/11/16 | 030003 | Oak Brook Surgical Center 2607 W. 22nd Street, #48 Oak Brook, IL 60523 | Medical Lien | 4220-000 | | 14,770.65 | 40,000.00 |
| 05/11/16 | 030004 | Oak Brook Anesthesiologists 2425 W. 22nd Street, #101 Oak Brook, IL 60523 | Medical Lien | 4220-000 | | 1,869.60 | 38,130.40 |
| 05/11/16 | 030005 | Olsen Chiropractic 2124 W. Galena Blvd. Suite 104 Aurora, IL 60506 | Medical Lien | 4220-000 | | 2,481.15 | 35,649.25 |
| 05/11/16 | 030006 | Analgesic Healthcare 7823 N, Dale Mabry Hwy Suite 202 Tampa, FL 33614 | Medical Lien | 4220-000 | | 539.40 | 35,109.85 |
| 05/11/16 | 030007 | Pinnacle Interventional Pain 7580 Auburn Road Physcian Pavillion Painesville, OH 44077 | Medical Lien | 4220-000 | | 7,165.65 | 27,944.20 |
| 05/11/16 | 030008 | Advanced Rehab Specialists | Medical Lien | 4220-000 | | 1,759.35 | 26,184.85 |
| | | | Page Subtotals | | 75,000.00 | 48,815.15 | |

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-34230 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | WRIGHT, MARIA B | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5402 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/16 | 030009 | 8501 W. Higgins Rd. Suite 340 Chicago, IL 60631 Fox Valley Imaging 1971 Gowdey Rd. Naperville, IL 60563 | Medical Lien | 4220-000 | | 1,187.85 | 24,997.00 |
| * 05/11/16 | 030010 | Mary B. Wright 2230 Bannister Lane Aurora, IL 60504 | Personal Injury Exemption | 8100-003 | | 15,000.00 | 9,997.00 |
| 05/11/16 | 030011 | Huner Law Offices LLC 850 W. Jackson Blvd. Suite 725 Chicago, IL 60607 | Attorney's Expenes | 3220-610 | | 2,038.74 | 7,958.26 |
| * 05/31/16 | 030010 | Mary B. Wright 2230 Bannister Lane Aurora, IL 60504 | Personal Injury Exemption | 8100-003 | | -15,000.00 | 22,958.26 |
| 05/31/16 | 030012 | Maria B. Wright 2230 Bannister Lane Aurora, IL 60504 | Personal Injury Exemption | 8100-000 | | 15,000.00 | 7,958.26 |
| 10/14/16 | 030013 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | | | 5,623.87 | 2,334.39 |
| | | | Fees 5,619.51 | 2100-000 | | | |
| | | | Expenses 4.36 | 2200-000 | | | |
| 10/14/16 | 030014 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | 3110-000 | | 771.44 | 1,562.95 |
| 10/14/16 | 030015 | COHEN & KROL | Final Distribution | | | 1,562.95 | 0.00 |

Page Subtotals     0.00     26,184.85

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 14-34230 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | WRIGHT, MARIA B | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7889 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5402 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | | | | | | |
| | | | Fees | 1,542.90 | 3110-000 | | | |
| | | | Expenses | 20.05 | 3120-000 | | | |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 75,000.00 | 75,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 75,000.00 | 75,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 75,000.00 | 60,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7889) | 75,000.00 | 60,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 75,000.00 | 60,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 19.06b